THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. O'NEILL, Respondent, *v.* WILLIAM D. HILL, Appellant.

Argued July 23, 1940; decided July 24, 1940.

*I. Maurice Wormser* for appellant.

*Arthur D. Brennan, Chester A. Slocum* and *James D. Hopkins* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.